Grant L. Cartwright, Esq. (SBN 030780)
MAY POTENZA BARAN & GILLESPIE P.C.
1850 N. Central Ave., Suite 1600
Phoenix, AZ 85004-4633
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: gcartwright@maypotenza.com

*Local Counsel for Relators*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

United States of America, ex. els., Amy Gunther, et al.,

Plaintiffs,

v.

Arizona Breastnet LLC, et al.,

Defendants.

Case No. 2:23-CV-00465-MTM

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), Relators, by and through their undersigned counsel, hereby voluntarily dismiss this action.

The United States has declined to intervene in this action and the matter has been unsealed. Counsel for the United States has informed counsel in writing that the United States consents to the dismissal.

RESPECTFULLY SUBMITTED this 1st day of August, 2025.

**MAY POTENZA BARAN & GILLESPIE P.C.**

By: *<u>/s/ Grant L. Cartwright</u>*
Grant L. Cartwright
*Local Counsel for Relators*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, a copy of the foregoing was filed electronically with the Arizona District Court Clerk's Office using CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: *<u>/s/ Michelle Giordano</u>*